## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED BUTLER-MOOS,<br><br>        Plaintiff,<br><br>    v.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, et al.,<br><br>        Defendants. | Case No.: 1:21-cv-1356 DAD JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br>(Docs. 8) |

The plaintiff has notified the Court that the matter has settled (Doc. 8). Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than February 7, 2022**;
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

    Dated: __December 6, 2021__                /s/ Jennifer L. Thurston
                                                                   CHIEF UNITED STATES MAGISTRATE JUDGE