# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED BUTLER-MOOS,<br><br>            Plaintiff,<br><br>    v.<br><br>E&B NATURAL RESOURCES MANAGEMENT CORPORATION PLAN,<br><br>            Defendant. | Case No.  1:21-cv-01356-DAD-SAB<br><br>ORDER EXTENDING TIME FOR DISPOSITIONAL DOCUMENTS TO BE FILED<br><br>(ECF No. 11) |

On December 8, 2021, a notice of settlement was filed informing the Court that the parties have reached settlement resolving this action.  (ECF No. 8.)  On December 7, 2021, the Court vacated all pending matters and dates and ordered the parties to file dispositional documents no later than February 7, 2022.  (ECF No. 9.)

On February 3, 2022, the parties filed a stipulated request that the Court retain jurisdiction for an additional thirty days, which the Court construes as a request for an extension of time to file dispositional documents.  (ECF No. 11.)  The parties proffer they require additional time to finalize the terms of their written settlement agreement, which is currently going through revision, and seek an extension until March 9, 2022, to file their stipulation and order of dismissal.

The Court shall grant the parties an extension, up to March 9, 2022, to file dispositional

1

documents.  However, the parties are advised that no further extensions of time shall be granted absent a strong showing of good cause.  Simply put, dispositional documents must be timely filed following the notice of settlement.

Accordingly, IT IS HEREBY ORDERED that the parties SHALL FILE dispositional documents **no later than March 9, 2022**.  Failure to comply with the Court's order may result in the imposition of sanctions, including monetary sanctions against all parties and their attorneys of record and dismissal of this action.

IT IS SO ORDERED.

Dated:   **February 3, 2022**

UNITED STATES MAGISTRATE JUDGE