UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED BUTLER-MOOS,<br><br>  Plaintiff,<br><br>  v.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, et al.,<br><br>  Defendants. | Case No.: 1:21-cv-01356-DAD-BAK (SAB)<br><br>ORDER CLOSING THE CASE<br><br>(Doc. 13) |

The parties have stipulated to the action being dismissed in its entirety as to all defendants with prejudice, with each party to bear its own attorneys' fees and costs. (Doc. 13). The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately without further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:   **March 9, 2022**

UNITED STATES MAGISTRATE JUDGE